IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIONELL E. THOLMER,

    Plaintiff,             No. CIV S-04-1368 GEB KJM P

   vs.

CHERYL PLILER, et al.,

    Defendants.            <u>ORDER</u>

_____/

      The undersigned hereby recuses herself from this action pursuant to 28 U.S.C. § 455(a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for all further proceedings. The Clerk of the Court shall make the appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: April 25, 2005.

                                                                                    UNITED STATES MAGISTRATE JUDGE

1
hint1368.rec

1

1 <u>NOTICE</u>

2        This case is reassigned to _____ as the new

3 Magistrate Judge in this case.

4 DATED:

5                                                    JACK L. WAGNER

6

7

8

9                                             By:_____
                                                      Deputy Clerk
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26