IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIONELL E. THOLMER

        Plaintiff,                        No. CIV S-04-1368 GEB CMK PS

    vs.

CHERYL PLILER, et al

        Defendants.

_____/        ORDER

        Plaintiff is a state prisoner proceeding in forma pauperis with a 42 U.S.C. § 1983 civil rights action. Currently before the court is plaintiff's motion for emergency injunctive relief to prevent defendants from "violating his constitutional right to correspond with the courts confidentially."

        The legal principles applicable to a request for injunctive relief such as a restraining order are well established. To prevail, the moving party must show either a likelihood of success on the merits and the possibility of irreparable injury, or that serious questions are raised and the balance of hardships tips sharply in the movant's favor. See Coalition for Economic Equity v. Wilson, 122 F.3d 692, 700 (9th Cir. 1997); Oakland Tribune, Inc. v. Chronicle Publ'g Co., 762 F.2d 1374, 1376 (9th Cir. 1985). The two formulations represent two points on a sliding scale with the focal point being the degree of irreparable injury shown.

1  <u>Oakland Tribune</u>, 762 F.2d at 1376.  "Under any formulation of the test, plaintiff must
2  demonstrate that there exists a significant threat of irreparable injury."  <u>Id.</u>  In the absence of a
3  significant showing of possible irreparable harm, the court need not reach the issue of likelihood
4  of success on the merits.  <u>Id.</u>

5       A prisoner has no protected constitutional right to confidential communications
6  with the court.  Indeed, all documents that plaintiff files with the court must be served on
7  defendants.  <u>See</u> <u>e.g</u>., Fed. R. Civ. P. Rule 5; Local Rule 5-135.  Plaintiff, therefore, cannot make
8  the requisite showing of irreparable harm.

9       IT IS SO ORDERED that plaintiff's January 12, 2005 motion for emergency
10  injunctive relief is denied
11  DATED:   April 25, 2005

14  /s/   **CRAIG M. KELLISON**
    Craig M. Kellison
    UNITED STATES MAGISTRATE JUDGE

|    |                                                                                          |
|----|------------------------------------------------------------------------------------------|
| 1  |                                                                                          |
| 2  |                                                                                          |
| 3  |                                                                                          |
| 4  |                                                                                          |
| 5  |                                                                                          |
| 6  |                                                                                          |
| 7  |                                                                                          |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
                    Plaintiff,               No. CIV
       vs.
                                             NOTICE OF SUBMISSION
                    Defendants.                 OF DOCUMENTS
_____/
```

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    \_\_\_\_\_    completed summons form

    \_\_\_\_\_    completed USM-285 forms

    \_\_\_\_\_    copies of the _____
                            Complaint/Amended Complaint

DATED:

                                          _____
                                          Plaintiff