IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIONELL E. THOLMER,

    Plaintiff,                               No. CIV S-04-1368 GEB CMK P

    vs.

CHERYL PLILER, et al.,

    Defendants.                         <u>ORDER</u>

        Plaintiff has filed his second request for an extension of time to file an amended complaint pursuant to the court's order of October 26, 2005. Good cause appearing, the request will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: February 28, 2006.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE