IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIONELL E. THOLMER,

    Plaintiff,                        No. CIV S-04-1368 GEB CMK P

    vs.

CHERYL PLILER, et al.,

    Defendants.                  ORDER

_____/

        Plaintiff has filed a "Request for the Production of Documents and Records for Compliance with [the Court's October 26, 2005 order]. The court construes this as his third request for an extension of time to file an amended complaint pursuant to the court's order of October 26, 2005. In support of his request, plaintiff states that he has recently been transferred to Pleasant Valley State Prison and is having trouble gaining access to his legal materials, which are apparently at Lancaster State Prison. Good cause appearing, plaintiff's request for a third extension of time will be granted.

        The court notifies plaintiff that in any amended complaint that he may file, he need not include "immaterial background information." See McHenry v. Renne, 84 F.3d 1172, 1177 (9th Cir. 1996). The Ninth Circuit Court of Appeal has observed that the Federal Rules require that a complaint consist of "simple, concise, and direct" averments. See id. As a model

1

of concise pleading, the court quoted the standard form negligence complaint from the Appendix to the Federal Rules of Civil Procedure.

>   1.  Allegation of Jurisdiction.
>
>   2.  On June 1, 1936, in a public highway, called Boylston Street, in Boston, Massachusetts, defendant negligently drove a motor vehicle against plaintiff, who was then crossing said highway.
>
>   3.  As a result plaintiff was thrown down and had his leg broken, and was otherwise injured, and was prevented from transacting his business, suffered great pain of body and mind, and incurred expenses for medical attention and hospitalization in the sum of one thousand dollars.
>
>   Wherefore, plaintiff demands judgment against defendant in the sum of one thousand dollars.

See id.  This is a good model for plaintiff to follow in his pleading.  Plaintiff should note that this very short and concise complaint notifies the court and defendants of plaintiff's claim against defendants, links defendants to plaintiff's injury and describes what relief plaintiff seeks. Plaintiff does not need volumes of legal materials to formulate such a complaint.

Plaintiff also seeks that the court order the California State Prison System to produce documents necessary for him to comply with the court's order to amend his complaint. In the alternative, plaintiff seeks a copy of his original complaint and exhibits, filed with the court.

IT IS HEREBY ORDERED that:

1. Plaintiff's third request for an extension of time is granted;

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint;

3. Plaintiff's request for an order requiring the California State Prison System to Produce his legal documents is denied; and

///

///

///

2

1         4. Plaintiff's request that the court provide him with a copy of his original complaint and accompanying exhibits is granted. The Clerk of the Court is directed to send plaintiff a copy of the materials lodged on December 1, 2004 (doc. 7.)

DATED: May 25, 2006.

                                         /s/ Craig M. Kellison
                                         **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE