IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIONELL THOLMER,

    Plaintiff,                    No. CIV S-04-1368 GEB CMK P

    vs.

PLILER, et al.,

    Defendants.               ORDER

_____/

        Plaintiff has requested an extension of time to file his objections to the August 17, 2006 findings and recommendations. In his request, plaintiff states that he failed to file objections or a request for an extension in a timely manner because he fell very ill with pneumonia and "valley fever." Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 2, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file his objections to the August 17, 2006 findings and recommendations.

DATED: October 17, 2006.

                                        _____
                                        CRAIG M. KELLISON
                                        UNITED STATES MAGISTRATE JUDGE