IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIONELL THOLMER,

        Plaintiff,                    2:04-cv-1368-GEB-CMK-P

    vs.

CHERYL PLILER, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 17, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff requested and was granted an extension of time to file objections; however, to date plaintiff has not filed objections to the findings and recommendations.

///

///

///

1 | The court has reviewed the file and finds the findings and recommendations to be
2 | supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY
3 | ORDERED that:
4 |     1. The findings and recommendations filed August 17, 2006, are adopted in full;
5 | and
6 |     2. Plaintiff's motion for a temporary restraining order is denied.
7 | Dated: January 5, 2007

GARLAND E. BURRELL, JR.
United States District Judge