IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIONELL THOLMER,

    Plaintiff,                                2:04-cv-1368-GEB-CMK-P

    vs.

PLILER, et al.,

    Defendants.                            ORDER

_____/

        On January 19, 2007, plaintiff filed a request for reconsideration of the district judge's order filed January 5, 2007, adopting the magistrate judge's findings and recommendations which recommended denying plaintiff's motion for a temporary restraining order. Pursuant to Federal Rule of Civil Procedure 60, an order will not be reconsidered unless there was some mistake, inadvertence, excusable neglect, newly discovered evidence. Upon review, the court declines to reconsider its January 5, 2007 order.

        Therefore, IT IS HEREBY ORDERED that, plaintiff's motion for reconsideration of the order filed January 5, 2007 adopting the magistrate judge's findings and recommendations is denied.

Dated: January 25, 2007

GARLAND E. BURRELL, JR.
United States District Judge