IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIONELL THOLMER,

    Plaintiff,                    No. CIV S-04-1368 GEB CMK P

    vs.

PLILER, et al.,

    Defendants.          ORDER

                         /

Plaintiff has requested an extension of time to file his objections to the January 5, 2007 findings and recommendations (doc. 32). Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's January 19, 2007 request for an extension of time is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file his objections to the January 5, 2007 findings and recommendations.

DATED: January 25, 2007.

                                                                           **CRAIG M. KELLISON**
                                                                           UNITED STATES MAGISTRATE JUDGE