IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIONELL E. THOLMER

      Plaintiff,                          No. CIV S-04-1368 GEB CMK P

      vs.

CHERYL PLILER, et al.

_____/      ORDER

          Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983.  This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1). On January 22, 2007, plaintiff filed a motion for an "Order Directing the Provisions of Confidential Correspondence." (Doc. 36.) It appears that plaintiff wants the court to order prison officials to allow plaintiff to continue a confidential correspondence with a private investigator.  While plaintiff has a first amendment right to send and receive mail, he does not have the right to unfettered and totally confidential non-legal correspondence. See Procunier v. Martinez, 416 U.S. 396 (1974).  Accordingly, the court will deny plaintiff's January 22, 2007 motion.

///

///

///

IT IS ORDERED that:

1. Plaintiff's motion for confidential correspondence (doc. 36) is denied.

DATED: January 29, 2007.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE