IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LIONEL THOLMER,**<br><br>                                    Plaintiff,<br><br>            v.<br><br>**PLILER, et al.,**<br><br>                                    Defendants. | Case Number:  2:04-CV-1368 GEB CMK P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |

The Court, having considered Defendants' request for an extension of time to file a response to Plaintiff's amended complaint, and good cause having been found:

**IT IS HEREBY ORDERED**:  Defendants shall be granted an extension of time, to and including April 30, 2007, to complete and file their response to the amended complaint.

DATED:   April 3, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1