IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIONELL E. THOLMER

    Plaintiff,                    No. CIV S-04-1368 GEB CMK P

    vs.

CHERYL PLILER, et al.,

    Defendants.                 <u>ORDER</u>

/

        Plaintiff has filed his second request for an extension of time to file a response to the defendants' motion to dismiss. Good cause appearing, the request will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file a response to the defendants' motion to dismiss.

DATED: May 24, 2007.

                                                                                                              **CRAIG M. KELLISON**
                                                                                                              UNITED STATES MAGISTRATE JUDGE