IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIONELL ERNEST THOLMER,                       No. CIV S-04-1368-GEB-CMK-P

      Plaintiff,

  vs.                                                                    ORDER

CHERYL PLILER, et al.,

      Defendants.

                                /

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for an extension of time (Doc. 62) to file a response to defendants' motion to dismiss.  Good cause appearing therefor, the request is granted.  Plaintiff may file a response within 30 days of the date of this order.

        IT IS SO ORDERED.

DATED:  June 28, 2007.

                                                      **CRAIG M. KELLISON**
                                                      UNITED STATES MAGISTRATE JUDGE