IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIONELL THOLMER,

        Plaintiff,                      No. CIV S-04-1368 GEB CMK P

    vs.

CHERYL K. PLILER, et al.,

        Defendants                 <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for an extension of time (Doc. 70). On October 1, 2007, the undersigned issued an order requesting further briefing by the defendants in support of the motion to dismiss. Plaintiff was allowed 15 days in which to respond to the defendants' brief. However, defendants' further brief has not yet been filed, and plaintiff's time to respond has not started. Plaintiff filed his original opposition to the pending motion to dismiss on August 24, 2007. There is nothing for plaintiff to file at this time. Therefore, his request for additional time (Doc. 70) is denied.

        IT IS SO ORDERED.

DATED: October 31, 2007

                                                        _____
                                                        **CRAIG M. KELLISON**
                                                        UNITED STATES MAGISTRATE JUDGE