IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIONELL THOLMER,

       Plaintiff,                  2:04-cv-1368-GEB-CMK-P

  vs.

CHERYL K. PLILER, et al.,

       Defendants         <u>ORDER ADOPTING FINDINGS &amp; RECOMMENDATIONS</u>

       Plaintiff is a state prisoner proceeding with a civil rights complaint against defendants. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

       On September 14, 2007, the magistrate judge filed findings and recommendations (Doc. 67) herein, denying plaintiff's request for injunctive relief, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days. No objections to the findings and recommendations have been filed.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. 67) filed September 14, 2007, are adopted in full;

2. Plaintiff's June 7, 2007, motion for injunctive relief (Doc. 61) is denied.

Dated: November 29, 2007

*[signature]*

GARLAND E. BURRELL, JR.
United States District Judge