IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIONELL THOLMER,

    Plaintiff,                    No. CIV S-04-1368 GEB CMK P

    vs.

CHERYL K. PLILER, et al.,

    Defendants               <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time (Doc. 75), filed on December 10, 2007. Petitioner was originally given 15 days to respond to defendant's further brief (Doc. 72) in support of their motion to dismiss. Due to plaintiff's hospitalization and transfer to another facility, he is requesting a 30 day extension of time in which to respond. Good cause appearing therefor, the request will be granted. Petitioner is warned, however, additional requests for extensions will not be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1.     Plaintiff's motion for an extension of time is granted; and

///

1

2.     Plaintiff may file his reply to defendant's further brief within 30 days of the date of service of this order.

DATED: December 13, 2007

　　　　　　　　　　　　　　　　　/s/ Craig M. Kellison
　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE