1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  LIONELL THOLMER,

12          Plaintiff,                        2:04-cv-1368-GEB-CMK-P

13      vs.

14  CHERYL K. PLILER, et al.,

15          Defendants              <u>ORDER</u>

16  _____/

17          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18  to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19  Eastern District of California local rules.

20          On January 28, 2008, the magistrate judge filed findings and recommendations

21  (Doc. 80) herein which were served on the parties and which contained notice that any objections

22  to the findings and recommendations were to be filed within 20 days.  No objections to the

23  findings and recommendations have been filed.

24          The court has reviewed the file and finds the findings and recommendations to be

25  supported by the record and by the magistrate judge's analysis.

26  / / /

1

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.     The findings and recommendations filed January 28, 2008, are adopted in

3    full;

4          2.     Defendants' motion to dismiss (Doc. 56) plaintiff's claim regarding his

5    placement in administrative segregation for failure to exhaust is granted;

6          3.     The motion to dismiss defendant Ventimiglia for failure to state a claim is

7    granted and defendant Ventimiglia is dismissed without prejudice;

8          4.     Defendants Banks and Garcia are dismissed with prejudice because these

9    defendants were only named in the unexhausted claim regarding plaintiff's placement in

10   administrative segregation;

11         5.     The magistrate judge's screening order (Doc. 33) is ratified; plaintiff has

12   not stated an Eighth Amendment claim and has not stated a claim against Pliler, Stratton, Stiles,

13   Wilson and Morrow;

14         6.     As some of the deficiencies in plaintiff's complaint may be curable,

15   plaintiff may file a second amended complaint to attempt to state a claim against the supervisory

16   defendants Pliler, Stratton, Stiles and Ventimiglia within 30 days of the date of service of this

17   order;

18         7.     Plaintiff is also provided an opportunity to try to link his claims to

19   defendants Wilson and Morrow if he chooses to file a second amended complaint;

20         8.     This action is limited to plaintiff's First and Fourteenth Amendment claims

21   regarding his retention in administrative segregation;

22         9.      If plaintiff does not file a second amended complaint within 30 days of the

23   date of service of this order, this action will proceed against defendants Walker, Mayfield, Menni,

24   Rosario, and Vance; and

25   / / /

26   / / /

2

10.     The matter is referred back to the magistrate judge for further proceedings.

Dated:  March 12, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge