IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIONELL THOLMER,

     Plaintiff,                     No. CIV S-04-1368 GEB CMK P

    vs.

CHERYL K. PLILER, et al.,

     Defendants                 <u>ORDER</u>

         Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time (Doc. 86), filed on July 9, 2008.

         On June 12, 2008, the court issued an order striking plaintiff's second amended complaint as exceeding the scope of amendment allowed. Plaintiff was allowed 30 days in which to file a third amended complaint that complies with this court's orders. Plaintiff now requests an additional 30 days to file his third amended complaint. Plaintiff's request will be granted. However, plaintiff is informed that no further extensions will be given.

         In addition, plaintiff is reminded that his third amended complaint must comply with Rule 8 of the Federal Rules of Civil Procedure which requires a complaint to contain a "short

1

and plain statement" of his claim.  Plaintiff is also reminded that in his third amended complaint he is only allowed to restate his First Amendment retaliation and Fourteenth Amendment due process claims against defendants Walker, Mayfield, Menni, Rosario and Vance regarding his *retention* in administrative segregation, and attempt to link defendants Ventimiglia, Pliler, Stratton, Stiles, Wilson and Morrow to those claims.  He is not allowed to add additional claims or new defendants, nor is he allowed to restate his claims regarding his *placement* in administrative segregation.  Any attempt on plaintiff's part to exceed the scope of permissible amendment will result in an order striking his third amended complaint without leave to amend, and this case will proceed on the claims surviving in his first amendment complaint.

          Accordingly, IT IS HEREBY ORDERED that:

          1.     Plaintiff's motion for an extension of time (Doc. 86)is granted; and

          2.     Plaintiff may file his third amended complaint, in accordance with this court's previous orders, within 30 days of the date of service of this order.

DATED: July 23, 2008

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE