IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIONELL THOLMER,

    Plaintiff,                        No. CIV S-04-1368 GEB CMK P

    vs.

CHERYL K. PLILER, et al.,

    Defendants.                  <u>ORDER</u>

/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed October 9, 2008, this court ordered plaintiff to complete and return to the court, within thirty days, a summons, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On October 3, 2008, plaintiff submitted a summons, the USM-285 forms and copies of the third amended complaint. However, plaintiff failed to properly fill out the summons. Plaintiff will be provided another opportunity to properly complete the summons and return it to the court within twenty days. Failure to return the summons within the specified time period will result in a recommendation that this action be dismissed.

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The Clerk of the Court is directed to send plaintiff a new summons; and

3  2. Within twenty days, plaintiff shall submit to the court the properly completed summons required to effect service.

DATED: November 12, 2008

                                                 /s/ Craig M. Kellison  
                                                 **CRAIG M. KELLISON**  
                                                 UNITED STATES MAGISTRATE JUDGE