IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONELL THOLMER, | No. CIV S-04-1368 GEB CMK P |
| Plaintiff, | |
| vs. | ORDER |
| CHERYL K. PLILER, et al., | |
| Defendants | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On June 24, 2009, the court authorised additional time for the completion of discovery between Plaintiff and defendants Pliler, Morrow, Wilson and Stratton, who have only recently appeared in this matter. Upon review of the docket, the court discovered it failed to set a deadline for the outstanding discovery requests Plaintiff served in May 2009. In addition, the court finds some clarification may be necessary in regards to the additional discovery which has been authorized.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    Defendants Morrow, Wilson and Stratton shall respond to the discovery requests Plaintiff served on or about May 10, 2009, and May 16, 2009, on or before July 31, 2009;

1

2. Plaintiff, may propound additional discovery requests on defendants Pliler, Morrow, Wilson and Stratton until July 24, 2009;

3. Defendants Pliler, Morrow, Wilson and Stratton may propound additional discovery requests on Plaintiff until July 24, 2009;

4. Responses to any additional discovery requests authorized herein shall be due 45 days after the request is served;

5. No party may serve any discovery requests after July 24, 2009; and

6. Except for the additional discovery authorized herein, no additional discovery may be propounded at this time.

DATED: July 6, 2009

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE