IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONELL THOLMER, | 2:04-cv-1368-GEB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CHERYL K. PLILER, et al., | |
| Defendants | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules. Pending before the court is a motion for reconsideration (Doc. 119) of the Magistrate Judge's June 24, 2009 order.

Pursuant to Eastern District of California Local Rule 72-303(f), a magistrate judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law. The June 24, 2009, order is, therefore, affirmed.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for reconsideration (Doc. 119) is denied;

1

    2.       The Magistrate Judge's June 24, 2009 order is affirmed; and

    3.       No further motions for reconsideration of this order will be considered.

Dated: September 8, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge