1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  LIONELL THOLMER,                    No. CIV S-04-1368 GEB CMK P

12          Plaintiff,

13      vs.                             ORDER

14  CHERYL K. PLILER, et al.,

15          Defendants

16  _____/

17          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18  to 42 U.S.C. § 1983.  Pending before the court are two motions to compel (Docs. 130, 131).

19          On November 5, 2009, the court issued an order allowing Plaintiff a short

20  extension of time to file a motion to compel regarding discovery requests addressed to defendants

21  Pliler, Marrow, Wilson and Stratton only.  The undersigned found the time for filing motions to

22  compel regarding any other discovery issues as to the other defendants had long since passed and

23  any such motion would be untimely.

24          Plaintiff's current motions to compel are requesting additional discovery responses

25  from defendants Rosario and Walker.  Plaintiff had until June 30, 2009 to file these motions,

26  which he failed to do.  The time for filing these motions was not extended.  These motions are

1

1  therefore untimely, and the defendants need not respond.

2          Defendants have filed a motion for summary judgment.  As there appear to be no

3  outstanding discovery issues, and the time for Plaintiff to file a motion to compel regarding any

4  discovery issues relating to defendants Pliler, Marrow, Wilson and Stratton has now passed,

5  Plaintiff shall file his response to the motion for summary judgment as provided in the local rules.

6  See Local Rule 78-230(m) (providing oppositions to be served and filed not more than 18 days,

7  plus three days for mailing, after the date of service of the motion).

8          Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions to compel (Docs.

9  130, 131) are denied as untimely.

10

11  DATED: November 17, 2009

12

13  **CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

2